

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-20-00298-CV

**HOWELL CRANE & RIGGING, INC**.,
Appellant

v.

Robert Lee **WAMMACK**, Jr.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09279
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

On March 3, 2021, this court set this cause for submission on briefs. On April 12, 2021, Appellant filed a motion for this court to reconsider its decision. The same day, Appellee submitted a letter clarifying his position on oral argument, stating that he did not believe oral argument was necessary.

Appellant's motion for oral argument is DENIED. *See* TEX. R. APP. P. 39.1.

It is so **ORDERED** May 17, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT